NOSSAMAN LLP
Allan H. Ickowitz (SBN 80994)
Thomas D. Long (SBN 105987)
445 South Figueroa Street, 31st Floor
Los Angeles, California 90071-1607
Telephone: (213) 612-7800
Fax: (213) 612-7801
aickowitz@nossaman.com,
tlong@nossaman.com

Attorneys for Plaintiff IndyMac MBS, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>INDYMAC BANCORP, INC.,<br><br>    Debtor. | Case No.: 2:08-bk-21752-BB<br><br>Chapter 7 |
| INDYMAC MBS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INS. CO., a Pennsylvania corporation; ZURICH AMERICAN INS. CO., a Delaware corporation; TWIN CITY FIRE INS. CO., a Delaware corporation; CONTINENTAL CASUALTY CO., a Delaware corporation; XL SPECIALTY INS. CO., a Delaware corporation; ARCH INS. CO., a Delaware corporation; AXIS INSURANCE CO., a Delaware corporation; CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, an unincorporated association; FEDERAL INS. CO., a New Jersey corporation; NATIONAL UNION FIRE INS. CO. OF PITTSBURGH PENNSYLVANIA, a Delaware corporation; LEXINGTON INS. CO., a Delaware corporation; CATLIN INS. CO., LTD., a United Kingdom corporation; MICHAEL W. PERRY; A. SCOTT KEYS; LOUIS E. CALDERA; LYLE E. GRAMLEY; HUGH M. GRANT; PATRICK C. HADEN; TERRENCE G. HODEL; ROBERT L. HUNT II; LYDIA H. KENNARD; BRUCE G. WILLISON; JOHN OLINSKI; S. BLAIR ABERNATHY; RAPHAEL BOSTIC; SAMIR GROVER; SIMON HEYRICK; VICTOR H. WOODWORTH; LYNETTE ANTOSH; SCOTT VAN DELLEN; RICHARD KOON; KENNETH | Adv. Proc. No.: 2:11-ap-01820-BB<br><br>**APPLICATION FOR ISSUANCE OF SUMMONS IN ADVERSARY PROCEEDING**<br><br>(Removal of State Court Action (LASC Case No. BC 455772)<br><br>[Related to In re IndyMac Bancorp, Inc., C.D. Bankr. 08-bk-21752-BB and *Siegel v. Certain Underwriters at Lloyds of London, et al.*, Adv. Proc. No. 2:11-ap-1442]<br><br>**STATUS CONFERENCE**<br>**Date**: April 26, 2011<br>**Time**: 2:00 p.m.<br>**Place**: Courtroom 1475, 14th Floor<br>    255 East Temple Street<br>    Los Angeles. California 90012 |

404326_1.DOC

APPLICATION FOR ISSUANCE OF SUMMONS IN ADVERSARY PROCEEDING

| | |
|---|---|
| 1 | SHELLEM; WILLIAM ROTHMAN; JILL ) |
|   | JACOBSEN; KEVIN CALLAN; and DOES 1 ) |
| 2 | though 50, ) |
|   |                    ) |
| 3 |     Defendants. ) |
|   |                    ) |

404326_1.DOC

**APPLICATION FOR ISSUANCE OF SUMMONS IN ADVERSARY PROCEEDING**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, SHERI BLUEBOND AND TO ALL OTHER PARTIES IN INTEREST:**

IndyMac MBS, Inc., the Plaintiff in this state court action removed to this Bankruptcy Court ("MBS"), hereby requests that the Court direct the issuance of a Summons in this Adversary Proceeding. In support of this Application, MBS respectfully represents as follows:

1. This removed action was filed on February 23, 2011, entitled *IndyMac MBS, Inc. v. ACE American Ins. Co., et al.*, Case No. BC455772, in the Los Angeles County Superior Court after the commencement of this Chapter 7 bankruptcy case (the "Bankruptcy Case").

2. On March 16, 2011, Defendant Michael W. Perry filed in this Court a Notice Of Removal Of State Court Action under 28 U.S.C. §§ 1334(b), 1441, 1446, 1452, C.D. Cal. General Order 266, Fed. R. Bankr. P. 9027, and Local Bankruptcy Rule 9027-1.

3. Upon removal, this removed state court action was designated Adversary Proceeding No. 11-ap-01820-BB and assigned to this Court where the Bankruptcy Case is pending.

4. On March 17, 2011, Defendants S. Blair Abernathy, Lynette Antosh, Raphael Bostic, Louis E. Caldera, Kevin Callan, Hugh M. Grant, Samir Grover, Patrick C Haden, Simon Heyrick, Terrance G. Hodel, Robert L. Hunt II, Jill Jacobsen, Lydia H. Kennard, A. Scott Keys, Richard Koon, John Olinski, William Rothman, Kenneth Shellem, Scott Van Dellen, Bruce G. Willison, Victor H Woodworth joined Defendant Michael W. Perry's removal of the state court action [Adv. Dkt. No. 6].

5. Prior to removal, MBS served the state court summons and complaint on Defendants Koon and Shellem. However, just prior to MBS effecting service on the remaining 33 defendants, the state court action was removed to this Court.

6. MBS therefore now requests that the Court order the issuance of a Summons in this Adversary Proceeding.

7. A Notice of Status Conference has been issued in this Adversary Proceeding, setting the first status conference for April 26, 2011.

8. Counsel for Defendant Michael W. Perry submitted a proposed Summons with the Notice of Removal but the Summons needs to issued on behalf of Plaintiff MBS and not a defendant. In either case, the no Summons has not been issued by the Clerk of the Court.

9. MBS therefore requests that the Court direct the issuance of a Summons in this Adversary Proceeding so that the remaining 33 defendants may be brought before this Court.

WHEREFORE, based on the foregoing facts, MBS respectfully requests this Court grant this Application and direct the Court Clerk to issue a Summons in this Adversary Proceeding in the form attached hereto as Exhibit 1.

Dated: March 18, 2011

NOSSAMAN LLP
ALLAN H. ICKOWITZ
THOMAS D. LONG

By: _____
ALLAN H. ICKOWITZ
Attorneys for Plaintiff IndyMac MBS, Inc.