BEN H. LOGAN (S.B. #71711)
STEPHEN H. WARREN (S.B. #136895)
JUSTINE M. DANIELS (S.B. #241180)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendants
Those Certain Underwriters At Lloyd's, London and
Catlin Insurance Company (UK) Ltd., Lexington
Insurance Co., Twin City Fire Insurance Company, and
Continental Casualty Company

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In Re | Case No. 2:08-bk-21752-BB |
| INDYMAC BANCORP, INC., a Delaware corporation,<br><br>                    Debtor. | Chapter 7 |
| INDYMAC MBS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; ZURICH AMERICAN INS. CO., a Delaware corporation; TWIN CITY FIRE INS. CO., a Delaware corporation; CONTINENTAL CASUALTY CO., a Delaware corporation; XL SPECIALTY INS. CO., a Delaware corporation; ARCH INS. CO., ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; ZURICH AMERICAN INS. CO., | Adversary No.  2:11-ap-01820-BB<br><br>**NOTICE OF ORDERS GRANTING MOTIONS TO WITHDRAW REFERENCE AND TRANSFERRING RELATED ACTION** |

1
2    a Delaware corporation; CONTINENTAL
3    CASUALTY CO., a Delaware
     corporation; XL SPECIALTY INS. CO., a
4    Delaware corporation; ARCH INS. CO., a
     Delaware corporation; AXIS
5    INSURANCE CO., a Delaware
6    corporation; CERTAIN
     UNDERWRITERS AT LLOYDS OF
7    LONDON, an unincorporated association;
8    FEDERAL INS. CO., a New Jersey
     corporation; NATIONAL UNION FIRE
9    INS. CO. OF PITTSBURGH
10   PENNSYLVANIA, a Delaware
     corporation; LEXINGTON INS. CO., a
11   Delaware corporation; CATLIN INS. CO.,
12   LTD., a United Kingdom corporation;
     MICHAEL W. PERRY; A. SCOTT
13   KEYS; LOUIS E. CALDERA; LYLE E.
14   GRAMLEY; HUGH M. GRANT;
     PATRICK C. HADEN; TERRANCE G.
15   HODEL; ROBERT L. HUNT, II; LYDIA
16   H. KENNARD; BRUCE G. WILLISON;
     JOHN OLINSKI; S. BLAIR
17   ABERNATHY; RAPHAEL BOSTIC;
18   SAMIR GROVER; SIMON HEYRICK;
     VICTOR H. WOODWORTH; LYNETTE
19   ANTOSH; SCOTT VAN DELLEN;
20   RICHARD KOON; KENNETH
     SHELLEM; WILLIAM ROTHMAN;
21   JILL JACOBSEN and KEVIN CALLAN,

22   Defendants.
23
24
25
26
27
28

1 | **TO THE HONORABLE SHERI BLUEBOND, UNITED STATES**

2 | **BANKRUPTCY JUDGE, PLAINTIFF, AND ALL DEFENDANTS:**

3 |

4 |     PLEASE TAKE NOTICE that, on May 17, 2011, District Court for the

5 | Central District of California issued its *Order re: Insurers' Motions to Withdraw*

6 | *References* (the "Withdrawal Order").  The Withdrawal Order, *inter alia*, grants the

7 | motions to withdraw the reference (the "Motions") filed by defendants Those

8 | Certain Underwriters at Lloyd's, London and Catlin Insurance Company (UK) Ltd.

9 | Subscribing to Policy No. QA011608, Twin City Fire Insurance Company, and

10 | Continental Casualty Company (collectively, the "ABC Carriers") and XL

11 | Specialty Insurance Company, Arch Insurance Company, Ace American Insurance

12 | Company and Axis Insurance Company (collectively, the "Side A Carriers") in this

13 | adversary proceeding.  A true and correct copy of the Withdrawal Order is attached

14 | hereto as Exhibit A.  On May 20, 2011 the District Court issued its *Amended Order*

15 | *Re: Insurers' Motion to Withdraw Reference* (the "Amended Withdrawal Order"),

16 | which grants the Motions filed by the ABC Carriers and Side A Carriers.  A true

17 | and correct copy of the Amended Withdrawal Order is attached hereto as Exhibit B.

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

PLEASE TAKE FURTHER NOTICE that the *Order re Transfer Pursuant to General Order 08-05* (the "Transfer Order") was entered on May 20, 2011.  The Transfer Order, *inter alia,* transfers the related action of *XL Specialty Insurance Co. et al. v. Michael Perry et al.*, Case No. 11-cv-02078, to the Honorable R. Gary Klausner.  A true and correct copy of the Transfer Order is attached hereto as Exhibit C.

Dated:   May 27, 2011

BEN H. LOGAN
STEPHEN H. WARREN
JUSTINE M. DANIELS
O'MELVENY & MYERS LLP

By:        /s/ Ben H. Logan
                    Ben H. Logan

Attorneys for Defendants
THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CATLIN INSURANCE COMPANY (UK) LTD. SUBSCRIBING TO POLICY NO. QA011608, THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND LEXINGTON INSURANCE COMPANY SUBSCRIBING TO POLICY NO. QA0016807, LEXINGTON INSURANCE CO., TWIN CITY FIRE INSURANCE COMPANY, and CONTINENTAL CASUALTY COMPANY

LA3:1174388

NOTICE OF ORDERS